Bentley G. Stromberg
CLEMENTS, BROWN & McNICHOLS, P.A.
Attorneys at Law
bstromberg@clbrmc.com
321 13th Street
Post Office Box 1510
Lewiston, Idaho 83501
(208) 743-6538
(208) 746-0753 (Facsimile)
ISB No. 3737

      Attorneys for Defendants


## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO


| | | |
|---|---|---|
| JACKSON'S BUY, SELL, TRADE, INC., | ) | |
| an Idaho Corporation, and TERRY JACKSON, | ) | Case No: CV-3:18-cv-124 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | NOTICE OF REMOVAL |
| vs. | ) | |
| | ) | |
| DOUG GIDDINGS, individually and in his | ) | |
| official capacity as SHERIFF OF IDAHO | ) | |
| COUNTY; the IDAHO COUNTY SHERIFF'S | ) | |
| DEPARTMENT, and the COUNTY OF | ) | |
| IDAHO, STATE OF IDAHO, the IDAHO | ) | |
| COUNTY COMMISSIONERS, and JOHN | ) | |
| DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |
| _____) | | |

TO:   Plaintiffs, JACKSON'S BUY, SELL, TRADE, INC., an Idaho Corporation, and
      TERRY JACKSON, and to your attorney of record JONATHAN D. HALLY:


            Defendants DOUG GIDDINGS, individually and in his official capacity as

SHERIFF OF IDAHO COUNTY; the IDAHO COUNTY SHERRIFF'S DEPARTMENT,

and the COUNTY OF IDAHO, STATE OF IDAHO, and the IDAHO COUNTY

COMMISSIONERS, hereby give notice of the removal of this action from the District Court

of the Second Judicial District of the State of Idaho, in and for the County of Nez Perce, to

the United States District Court for the District of Idaho, pursuant to 28 USC §§ 1331, 1441

and 1446:

            1.   DOUG GIDDINGS, individually and in his official capacity as SHERIFF

OF IDAHO COUNTY; the IDAHO COUNTY SHERRIFF'S DEPARTMENT, and the

COUNTY   OF   IDAHO,   STATE   OF   IDAHO,   and   the   IDAHO   COUNTY

COMMISSIONERS, are the defendants in a civil action filed in, and presently pending

before the District Court of the Second Judicial District of the State of Idaho, in and for the

County of Nez Perce, styled as: "Jackson's Buy, Sell, Trade, Inc., and Terry Jackson,

Plaintiffs v. Doug Giddings, Plaintiffs, individually and in his official capacity as Sheriff of

Idaho County; the Idaho County Sheriff's Department, the County of Idaho, State of Idaho,

and the Idaho County Commissioners and John Does 1-10, Defendants", Case No. CV 2017-

2398.

2.  Defendants first received a copy of the Summons #1 - Doug Giddings; Summons #2 - Idaho County Sheriff's Department; Summons #3 - Idaho County; and Summons #4 - Idaho County Commissioners and Complaint and Demand for Jury Trial on February 27, 2018.  The Complaint is the initial pleading setting forth the claim upon which this action is based.  This NOTICE OF REMOVAL is timely.

3.  The following consists of the entire state court record and docket sheet filed to date in "Jackson's Buy, Sell, Trade, Inc., and Terry Jackson, Plaintiffs v. Doug Giddings, individually and in his official capacity as Sheriff of Idaho County; the Idaho County Sheriff's Department, the County of Idaho, State of Idaho, and the Idaho County Commissioners and John Does 1-10, Defendants", Case No. CV 2017-2398, and filed herewith as attachments to this Notice:

Attachment 1 – Complete Case History

Attachment 2 – Petition for Waiving Bond Requirement

Attachment 3 - Order Waiving Bond Requirement

Attachment 4 - Complaint and Demand for Jury Trial

Attachment 5 - Order for Telephonic Status Conference

Attachment 6 - Summons Filed #1 - Doug Giddings

Attachment 7 - Summons Filed #2 - Idaho County Sheriff's Department

Attachment 8 - Summons Filed #3 - Idaho County

Attachment 9 - Summons Filed #4 Idaho County Commissioners

NOTICE OF REMOVAL                    -3-

4.  This action is a civil action, of which this Court has jurisdiction pursuant to 28 USC §§ 1331 and 1441, in that:

    A. Plaintiffs allege that Defendants violated their rights under the U.S. Constitution pursuant to 42 U.S.C. §§ 1983.

    B.  Plaintiff's complaint also alleges pendent state law claims.

    C.  The action is properly removable by Defendants pursuant to 28 USC § 1441.

5.  Defendants will promptly file a copy of this notice with the Clerk of the District Court of the Second Judicial District of the State of Idaho, in and for the County of Nez Perce.

WHEREFORE, Defendants respectfully request that this case proceed before the United States District Court for the District of Idaho as an action properly removed.

DATED this 14th day of March 2018.

CLEMENTS, BROWN & McNICHOLS, P.A.

By    /s/                              
       BENTLEY G. STROMBERG
       Attorneys for Defendants

CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of March 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following person:

Jonathan D. Hally
Blewett Mushlitz Hally, LLP
710 16th Avenue
P. O. Box 1910
Lewiston, ID  83501
Facsimile No:  (208) 413-6682


        /s/
        Bentley G. Stromberg